CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 20 2005
JOHN F. CORCORAN, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PHILLIP ANDREWS HALL, #19890000552, Plaintiff, | Civil Action No. 7:05cv00173 |
| v. | MEMORANDUM OPINION |
| ROANOKE CITY JAIL, et al., Defendants. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

Plaintiff Phillip Andrews Hall, # 19890000552, a Virginia inmate proceeding pro se, brings this action pursuant to 42 U.S.C. §1983, with jurisdiction vested under 28 U.S.C. §1343. By order entered May 10, 2005 plaintiff was directed to amend his complaint to further particularize his claims regarding overcrowding, the denial of adequate exercise, and the denial of adequate medical care within twenty (20) days of the entry of that order.[1] Plaintiff was advised that failure to comply with the court's order within the allotted twenty days would result in dismissal of the complaint without prejudice.

Inasmuch as more than twenty days have elapsed and plaintiff has failed to make any attempt comply with that order, it is hereby

**ORDERED**

that this case shall be and hereby is **DISMISSED** without prejudice and that this case be and hereby is **STRICKEN** from the active docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order to plaintiff.

ENTER: This 20th day of June, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge

---

[1] That order also dismissed plaintiff's claims regarding the denial of adequate food, the use of the inmate grievance system, and his claim that he had been forced to witness guards distributing narcotics. As such, the only remaining claims in this cause of action are the claims regarding overcrowding, adequate exercise, and adequate medical care.